FILED
2022 Mar-22  AM 09:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SAHKING BURKE,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | )    Case No. 4:19-cv-124-AKK-GMB |
| | ) |
| **C.O. JIM JACKSON,** *et al.*, | ) |
| | ) |
|    **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW, R. Rhett Owens, with the law firm Hall Booth Smith, P.C., and enters his appearance as counsel of record for Defendants John Studdard and Jim Jackson in the above-styled action

                                                  */s/ R. Rhett Owens*
                                                  R. Rhett Owens (ASB-9215-A52O)

                                                  *Attorney for John Studdard and Jim Jackson*

**OF COUNSEL:**
HALL BOOTH SMITH, P.C.
2001 Park Place North, Suite 870
Birmingham, Alabama 35203
Telephone: (205) 533-9650
Facsimile: (205) 435-6850
Email: rowens@hallboothsmith.com

74036980-1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this the 22nd day of March 2022, filed the foregoing with the Clerk of the Court, using the ECF filing system, and that I have further served a copy of the foregoing upon the following parties by placing same in the U.S. Mail, postage prepaid and properly addressed as follows:

Sahking Burke, AIS #247602
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

                                              */s/ R. Rhett Owens*
                                              OF COUNSEL