# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SAHKING BURKE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:19-cv-124-AKK-GMB |
| | ) |
| **C.O. JIM JACKSON,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF CHANGE OF ADDRESS OF DEFENDANTS' COUNSEL AND MOTION FOR EXTENSION OF DEADLINE TO FILE SPECIAL REPORT

COMES NOW, R. Rhett Owens, and provides this Court and the Plaintiff with notice that his address has changed commensurate with the opening of the law firm of Bodewell Legal Resources, of which Mr. Owens is a founding partner. Mr. Owens's new address is Bodewell Legal Resources, 1286 Oak Grove Road, Suite 200, Birmingham, Alabama 35209.

In addition to providing the Court and Plaintiff with notice of his change of address, the undersigned also respectfully requests that the Court extend, by 14 days, the April 20, 2022 deadline for submitting a Special Report on behalf of Defendants Jim Jackson and John Studdard.

By way of update, the undersigned has located and spoken with John Studdard, but is still in the process of working with the Alabama Department of

Corrections to locate and contact Jim Jackson. The undersigned recognizes this request is inconsistent with the Plaintiff and the Court's desire to move this matter forward, but respectfully submits that the 14-day extension of the deadline to file a Special Report on behalf of Defendants Jackson and Studdard should allow the undersigned to contact Defendant Jackson and develop his and Defendant Studdard's account of the relevant facts for inclusion in the Special Report.

*/s/ R. Rhett Owens*
R. Rhett Owens (ASB-9215-A52O)

*Attorney for John Studdard and Jim Jackson*

**OF COUNSEL:**
Bodewell Legal Resources
1286 Oak Grove Road
Birmingham, Alabama 35209
Telephone: (205) 533-7878
Facsimile: (205) 922-5819
Email: rhett@bodewell-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this the 14th day of April 2022, filed the foregoing with the Clerk of the Court, using the ECF filing system, and that I have further served a copy of the foregoing upon the following parties by placing same in the U.S. Mail, postage prepaid and properly addressed as follows:

Sahking Burke, AIS #247602
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

                                                */s/ R. Rhett Owens*
                                                OF COUNSEL