FILED
 2022 Jul-25  AM 09:58
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **SAHKING BURKE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case No. 4:19-cv-124-AKK-GMB |
| ) | |
| **JIM JACKSON,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge entered a report on June 28, 2022, recommending that the court treat the defendants' special reports as motions for summary judgment and that the court grant in part and deny in part the motions. Doc. 97. Although the court advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, it is **ORDERED** that the defendants' motions for summary judgment are **GRANTED** as to (1) plaintiff's claims against defendants Jackson and Studdard in their official capacities; and (2) plaintiff's claims against Jackson and Studdard in their individual capacities for any force they used against plaintiff before he was handcuffed. It is further **ORDERED** that the

defendants' motions for summary judgment are **DENIED** as to plaintiff's claims against Jackson and Studdard in their individual capacities for any force they used against plaintiff after he was handcuffed.  This matter is **REFERRED** to the magistrate judge for further proceedings.

**DONE** the 25th day of July, 2022.

                                                    **ABDUL K. KALLON**
                                              UNITED STATES DISTRICT JUDGE