FILED

2024 Jul-29  PM 03:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAHKING BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cv-124-GMB |
| | ) | |
| OFFICER STUDDARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL ORDER

The parties to this action filed a Joint Stipulation of Dismissal that complies with Federal Rule of Civil Procedure 41. Doc. 189.  Accordingly, it is ORDERED that this matter is DISMISSED with prejudice, each party to bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE and ORDERED on July 29, 2024.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE